U. Giolli, appellant, v. Serafino Silvestri and Filomena Alfano, appellees. Gen. No. 37,010.

 Opinion filed January 15, 1934.

Frank A. Ramsey and Edward Schatz, for appellant. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Clarendon Beach Hotel Company et al., defendants, on appeal of Fred E. Hummel, appellant. Gen. No. 37,050.

 Opinion filed January 15, 1934. Rehearing denied January 27, 1934.

Louis Cohen and John W. Day, for appellant. Brown, Fox & Blumberg and A. Edmund Peterson, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Anne Neely, appellee, v. Yellow Cab Company, appellant. Gen. No. 37,068.

 Opinion filed January 15, 1934. Rehearing denied January 27, 1934.

Barrett, Barrett, Costello & Barrett and Samuels, Greenberg, Wolfe & Solomon, for appellant; John W. Costello, Edward Wolfe and Robert E. Barrett, of counsel. Nicholson, Snyder, Chadwell & Fagerburg, for appellee; John R. Nicholson and James I. Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.